IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

KIMBERLY POLLOCK,            )
                             )
       Plaintiff,            )
                             )
v.                           )      No. 1-05-1086-T/AN
                             )
THE GOODYEAR TIRE & RUBBER CO., )
                             )
       Defendant.            ).

### ORDER GRANTING EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

For the reasons set forth in Defendant's Motion for Extension of Time to Answer or Otherwise Respond, and for good cause shown, the time for Defendant to answer or otherwise respond to the Complaint is hereby extended to and including May 18, 2005.

S. Thomas ~~United States District Judge~~ WJMJ

Date: April 22, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 04-25-05

Case 1:05-cv-01086-JDT-STA   Document 3   Filed 04/22/05   Page 1 of 2   PageID 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

KIMBERLY POLLOCK,            )
                             )
       Plaintiff,            )
                             )
v.                           )      No. 1-05-1086-T/AN
                             )
THE GOODYEAR TIRE & RUBBER CO., )
                             )
       Defendant.            ).

### ORDER GRANTING EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

For the reasons set forth in Defendant's Motion for Extension of Time to Answer or Otherwise Respond, and for good cause shown, the time for Defendant to answer or otherwise respond to the Complaint is hereby extended to and including May 18, 2005.

S. Thomas Anderson WJMJ
~~United States District Judge~~

Date: April 22, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 04-25-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 1:05-CV-01086 was distributed by fax, mail, or direct printing on April 25, 2005 to the parties listed.

---

Justin Gilbert
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Herbert E. Gerson
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

David P. Knox
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Honorable James Todd
US DISTRICT COURT