IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| KIMBERLY POLLOCK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1-05-1086-T/AN |
| | ) |
| THE GOODYEAR TIRE & RUBBER CO., | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

It being represented by the parties that they have stipulated to dismissal with prejudice of all claims before this court

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that this cause is hereby dismissed with prejudice, each party to bear its own costs.

_____
United States District Judge

Date: 30 August 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on __09-01-05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 1:05-CV-01086 was distributed by fax, mail, or direct printing on September 1, 2005 to the parties listed.

---

Herbert E. Gerson
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

David P. Knox
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Justin Gilbert
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Honorable James Todd
US DISTRICT COURT